IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BASSIL ABDELAL**<br>     Plaintiff.<br><br>v.<br><br>**CITY OF CHICAGO,** a municipal corporation,<br>**OFFICER MIGUEL TORRES,**<br>**OFFICER ROLANDO RUIZ,**<br>**OFFICER THOMAS PETRENKO,**<br>     Defendants. | Case No: 13-cv-01851<br><br>Judge Rebecca Pallmeyer<br>Magistrate Brown<br><br><br>**JURY DEMAND** |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION IN LIMINE NO. 3

NOW COMES Plaintiff, Bassil Abdelal, by his attorney, London Law Group, and submits his supplemental response in opposition to Defendants's Motion in Limine #3 as follows:

` 1. The Court reserved ruling on Defendants' Motion in Limine #3, to bar evidence regarding the post-treatment of plaintiff at the hearing held on November 6, 2015. (Doc. No. 150)  One of the issues related to this motion is whether any of the defendants were involved in having the plaintiff arrested.  The Defendants deny their involvement while the plaintiffs assert that they were involved.

2. In fact, according to Juan Duran, Defendant Rolando Ruiz related to him that Plaintiff Bassil Abdelal was the one with the revolver. (*See* Exhibit A; Duran Dep., 52:17-19)  Thus, Ruiz, knowing that Abdelal never pointed a gun at him, had Abdelal arrested.

1

3. Plaintiff's post-shooting mistreatment is highly relevant to his false arrest and conspiracy claims.

WHEREFORE, Plaintiff Bassil Abdelal prays for this Court to deny Defendants' motion in limine #3 and for any other relief that this Court deems just and equitable.

Respectfully Submitted,


/s/ Justin London
Attorney for Plaintiffs


Justin London
Brendan Gallager
LONDON LAW OFFICES
1920 N. Maud, Ste. A
Chicago, IL 60614
(773) 528-1433
Attorney No: 6293251

# CERTIFICATE OF SERVICE

TO: Lindsay Gowin
    Marion Moore
    City of Chicago
    30 N. LaSalle, Suite 900
    Chicago, Illinois 60614
    lindsay.gowin@cityofchicago.org
    marion.moore@cityofchicago.org

   I certify that I electronically filed a true and accurate copy of **Plaintiff's Supplmental Response to Defendants' Motion in Limine No. 3** via the CM/ECF system which was sent to the above recipients electronically on November 11, 2015.

                                                    /s/ Justin London
                                                    Plaintiff's Attorney

Justin London (#6293251)
LONDON LAW GROUP
1920 N. Maud, Ste. A
Chicago, Illinois 60614
Phone: 773-528-1433
jlondon@ameritech.net